UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY and VERIZON NEW YORK INC.<br>　　　Plaintiffs,<br><br>v.<br><br>THE CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL,<br>DONALD W. DOWNES,<br>JACK R. GOLDBERG,<br>JOHN W. BETKOSKI, III,<br>LINDA J. KELLY, and ANNE C. GEORGE, in their official capacities as Commissioners of the Connecticut Department of Public Utility Control,<br>　　　Defendants. | Civil Action No.:3:04CV01685(JBA)<br><br><br><br><br><br><br><br>NOVEMBER 16, 2004 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Court Order, Verizon New York, Inc. respectfully submits a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock, as follows:

Verizon New York Inc. is a wholly owned subsidiary of Verizon Communications Inc., a publicly held company. Verizon Communications Inc. has no parent company, and no publicly held company owns 10% or more of its stock.

THE PLAINTIFFS,
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY D/B/A SBC
CONNECTICUT AND VERIZON NEW YORK,
INC.

_____
Timothy P. Jensen ct 18888
Matthew A. Sokol ct 21268
Tyler Cooper & Alcorn, LLP
205 Church Street, P.O. Box 1936
New Haven, CT 06509-1910
203-784-8200
203-789-8069 - facsimile
jensen@tylercooper.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this 16th day of November, 2004 via first class mail, postage prepaid to the following:

Tatiana D. Eirmann, Esq.  
John G. Haines, Esq.  
Office of the Attorney General  
10 Franklin Square  
New Britain, CT 06051

William L. Vallee, Jr.  
OCC  
10 Franklin Square  
New Britain, CT 06051

_____  
Timothy P. Jensen